**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 11-2187**

―――――――――

MICHAEL L. ATWELL,

                    Plaintiff - Appellant,

          v.

AMERICAN SUGAR REFINING, INC.,

                    Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, Senior District
Judge.  (1:10-cv-01378-WMN)

―――――――――

Submitted:  February 24, 2012          Decided:  March 1, 2012

―――――――――

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Michael L. Atwell, Appellant Pro Se.  Emmett F. McGee, Jr.,
Eileen Carr Riley, JACKSON LEWIS, LLP, Baltimore, Maryland, for
Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael L. Atwell appeals the district court's order granting summary judgment in favor of the Appellee on his employment discrimination claims. We have reviewed the record and find no reversible error. Accordingly, although we grant Atwell's pending motion to proceed in forma pauperis, we affirm the judgment of the district court. Atwell v. Am. Sugar Refining, Inc., No. 1:10-cv-01378-WMN (D. Md. Sept. 27, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED